In the Matter of JEFFERSON SONGJUN YI, an Attorney. [57 NYS3d 439]—

Per Curiam. Jefferson Songjun Yi was admitted to practice by this Court in 2014 and lists a business address in Tompkins County with the Office of Court Administration. Yi now seeks leave to resign from the New York bar for nondisciplinary

reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Yi's application.

Upon reading the affidavit of Yi sworn to June 29, 2017 and filed with this Court on July 3, 2017, and upon reading the August 2, 2017 correspondence in response by the Chief Attorney for AGC, and having determined that Yi is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, J.P., Lynch, Rose, Mulvey and Aarons, JJ., concur. Ordered that Jefferson Songjun Yi's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Jefferson Songjun Yi's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that, effective immediately, Jefferson Songjun Yi is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Yi is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further ordered that Jefferson Songjun Yi shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.